IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Debra Anderson,  :
              Appellant  :
  :
          v.  :     No. 241 C.D. 2017
  :
North Star School District  :

## **O R D E R**

NOW, June 28, 2018, having considered appellee's application for reargument/reconsideration and appellant's answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge